■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA LUIS REYES, Also Known as ANGEL REYES, Appellant. [752 NYS2d 902] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered April 3, 1998, as amended April 6, 1998, convicting him of manslaughter in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment, as amended, is affirmed.

Contrary to the defendant's contention, the trial court properly denied his request for a missing witness charge concerning an eyewitness. The defendant failed to establish that the uncalled witness was expected to testify favorably for the prosecution (*see People v Jones,* 294 AD2d 517). Moreover, the uncalled eyewitness's testimony would merely have been cumulative (*see People v Walker,* 250 AD2d 868).

The Supreme Court properly imposed consecutive sentences for the defendant's convictions of manslaughter in the second degree and criminal possession of a weapon in the second degree (*see People v Mack,* 242 AD2d 543).

The defendant's remaining contentions are without merit. Altman, J.P., S. Miller, Adams and Mastro, JJ., concur.